[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 1, 2006
THOMAS K. KAHN
CLERK

No. 05-12090
Non-Argument Calendar

_____

D. C. Docket No. 03-00545-CR-2-RDP-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT JAMES COOK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(March 1, 2006)**

Before BLACK, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Ann Day Lawrence, appointed counsel for Robert James Cook in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cook's conviction and sentence are **AFFIRMED.**